MARY REKIEC v. TONY ZUZIO.

April 24, 1975. Petition for certification denied. (See 132 *N. J. Super.* 71).

TIMOTHY GILROY v. LEONARD J. TYMINSKI.

May 6, 1975. Petition for certification denied.

GIST RAY JOHNSON v. MISELLY MASONS, INC.

May 6, 1975. Petition for certification denied.

FIREMAN'S FUND INSURANCE COMPANY v.
SECURITY INSURANCE COMPANY OF HARTFORD.

May 6, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. RICHARD ANDERSON.

May 6, 1975. Petition for certification denied. (See 132 *N. J. Super.* 231).

STATE OF NEW JERSEY v. ROBERT FEARICK.

May 6, 1975. Petition for certification granted. (See 132 *N. J. Super.* 165).